UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jonathan A. L.,

    Petitioner,

v.

Pamela Bondi, et al.,

    Defendants.

**ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING WRIT OF HABEAS CORPUS**
Civil File No. 26-00925 (MJD/ECW)

Jason L. Schellack, Autism Advocacy & Law Center, LLC, Counsel for Petitioner.

David W. Fuller, United States Attorney, Counsel for Respondents.

    The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Elizabeth Cowan Wright filed February 6, 2026. [Doc. 7.] No objections have been filed. [See Doc. 8 (Pet. Notice of No Obj.).] Pursuant to statute, the Court has conducted a de novo review upon the record. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). Based upon that review, the Court adopts the Report and Recommendation of Magistrate Judge Wright.

1

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that the Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Elizabeth Cowan Wright filed February 6, 2026.  **[Doc. 7.]**  Petitioner's petition for writ of habeas corpus **[Doc. 1]** is **GRANTED as follows:**

1. Petitioner's current detention is unlawful under the Constitution and laws of the United States;

2. Respondents are ordered to **immediately** release Petitioner from custody in Minnesota and, in any case no later than 11:00 a.m. Central Time on February 10, 2026;

3. Respondents are ordered to coordinate Petitioner's release with Petitioner's counsel;

4. Respondents are ordered to release Petitioner with all personal documents and belongings, such as his driver's license, employment authorization, passport, other immigration documents, cell phone, and coat and other outerwear, and without any conditions of release, such as ankle monitors or tracking devices.  Respondents' inability to

immediately comply with this requirement shall not be a basis for delaying Petitioner's release; and

5. No later than 12:00 p.m. Central Time on February 12, 2026, Respondents must provide the Court with a status update confirming Petitioner's release and other compliance with this Order.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 9, 2026           s/ Michael J. Davis
                                                  Michael J. Davis
                                                  United States District Court