# UNITED STATES DISTRICT COURT
## District of Minnesota

Jonathan Ariel Lumbi,

Petitioner(s),

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons and David Easterwood,

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-925 MJD/ECW

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the Court ADOPTS the Report and Recommendation of United States Magistrate Judge Elizabeth Cowan Wright filed February 6, 2026. [Doc. 7.] Petitioner's petition for writ of habeas corpus [Doc. 1] is GRANTED as follows:

1. Petitioner's current detention is unlawful under the Constitution and laws of the United States;
2. Respondents are ordered to immediately release Petitioner from custody in Minnesota and, in any case no later than 11:00 a.m. Central Time on February 10, 2026;
3. Respondents are ordered to coordinate Petitioner's release with Petitioner's counsel;
4. Respondents are ordered to release Petitioner with all personal documents and belongings, such as his driver's license, employment authorization, passport, other immigration documents, cell phone, and coat and other outerwear, and without any conditions of release, such as ankle monitors or tracking devices. Respondents' inability to immediately comply with this requirement shall not be a basis for delaying Petitioner's release; and
5. No later than 12:00 p.m. Central Time on February 12, 2026, Respondents must provide the Court with a status update confirming Petitioner's release and other compliance with this Order.

Date: 2/9/2026

KATE M. FOGARTY, CLERK