# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Jonathan A. L.,

    Petitioner,

v().

    **ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS**
Civil File No. 26-00925 (MJD/ECW)

Pamela Bondi, et al.,

    Respondents.

Justin L. Schellack, Autism Advocacy & Law Center, LLC, Counsel for Petitioner.

David W. Fuller, Assistant United States Attorney, Counsel for Respondents.

On February 9, 2026, the Court granted Petitioner's petition for writ of habeas corpus. [Doc. 9.]  As part of that Order, Respondents were required to release Petitioner from detention on or before 11:00 a.m. Central Time on February 10, 2026.  On February 10, 2026, Respondents informed the Court that Petitioner was released from custody at the Whipple Federal Building at 8:32 a.m. on February 10, 2026.  [Doc. 11.]

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Petitioner Jonathan A. L.'s Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

1

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  February 13, 2026                     s/Michael J. Davis
                                              Michael J. Davis
                                              United States District Court